Case 4:19-cv-00464-O    Document 1-2    Filed 06/13/19    Page 1 of 1    PageID 7

# Tarrant County District Clerk Online

## Tarrant County District Clerk Online
### Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information            6/12/19 10:13 AM

| Cause Number: | 348-305015-18 | | Date Filed: 12-14-2018 |
|---|---|---|---|
| | YOLANDA FRISON | \| VS \| | WAL-MART STORES TEXAS LLC |
| Cause of Action: | INJURY OR DAMAGE, OTHER INJURY OR DAMAGE | | |
| Case Status: | PENDING | | |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 12-14-2018 | PLTF'S ORIG PET W/ATTACH 1ST REQ FOR WRIT DISC TO DEFN | N | I | 289.00 | |
| 12-14-2018 | COURT COST (PAID) trans #1 | Y | | | 289.00 |
| 12-14-2018 | CIT-ISSUED ON WAL-MART STORES TEXAS LLC-On 04/29/2019 | N | I Svc | 8.00 | |
| 12-14-2018 | COURT COST (PAID) trans #3 | Y | | | 8.00 |
| 04-24-2019 | LTR/MAGGIO (REQ TO ISSUE & EMAIL CIT) | | I | | 0.00 |
| 05-15-2019 | CITATION RETURN (WAL-MART STORES TEXAS LLC) | | I | | 0.00 |
| 05-15-2019 | CIT Tr# 3 RET EXEC(WAL-MART STORES TEXAS LLC) On 0 5/14/2019 | | I | | 0.00 |
| 06-06-2019 | [ORIG ANS] DEFN'S ORIG ANS | | I | | 0.00 |

**District Clerk's Office**
Tom Vandergriff Civil Courts Building
100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster


EXHIBIT B